```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002711
Cashier ID: khaynes
Transaction Date: 01/02/2008
Payer Name: WINSTON COOK LLC
------------------------------------
CIVIL FILING FEE
 For: WINSTON COOK LLC
 Case/Party: D-ALM-2-08-CV-000006-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 1321
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

EUGENE ADAMS ET AL V. INTERNATIONAL
PAPER
```