IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Eugene Adams, et al, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. __08-006 |
| | ) |
| International Paper, | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Eugene Adams, Regina Brown, Debra Campbell, Thaddeus Davis, John Gaston, Valencia Lucas, Shedrick Morrow. Thomas Johnson, Steve Stone, Daniel Warren, Athena Woodson, Marcus Varner, the plaintiffs, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] These parties are individuals, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____                    _____
_____                    _____
_____                           /s/ L. Winston
         Date                              _____
                                           Counsel Signature
                                           Counsel for:
                                           Eugene Adams, Regina Brown, Debra
                                           Campbell, Thaddeus Davis, John Gaston,
                                           Valencia Lucas, Shedrick Morrow. Thomas
                                           Johnson, Steve Stone, Daniel Warren,
                                           Athena Woodson, and Marcus Varner

                                           Lee Winston
                                           Winston Cooks, LLC
                                           319 17th Street North
                                           Birmingham, AL. 35203