**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED

LEGAL

1. Article Addressed to:

International Paper
6400 Poplar Ave
Memphis TN
    38197-0100

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Tamara Fields_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Tamara Fields.    01/17/08

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

08 CV Le Ariassns

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0000 3059 5020

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540