IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE ADAMS, REGINA BROWN, DEBRA CAMPBELL, THADDEUS DAVIS, JOHN GASTON, VALENCIA LUCAS, SHEDRICK MORROW, THOMAS JOHNSON, STEVE STONE, DANIEL WARREN, ATHENA WOODSON, AND MARCUS VARNER, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL PAPER, <br><br> Defendant. | CIVIL ACTION NO. 2:08-cv-0006-TFM |

**DEFENDANT INTERNATIONAL PAPER COMPANY'S
CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** International Paper Company, Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and manager, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047.

The following entities are hereby reported as those that could potentially pose a financial or professional conflict for a judge. Defendant is

a publicly-traded company. There are only four shareholders that each beneficially own more than five percent of Defendant's common stock, namely Capital Research and Management Company, T. Rowe Price Associates, Inc., State Street Bank and Trust Company and Morgan Stanley/Van Kampen Asset Management. Further, attached as Exhibit A is a listing of the subsidiaries of International Paper Company.

Respectfully submitted,

s/ Terry Price
Terry Price – ASB-4658-E58T
Susan W. Bullock – ASB-2035-U81S
FORD & HARRISON LLP
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
Email: tprice@fordharrison.com
Email: sbullock@fordharrison.com

ATTORNEYS FOR DEFENDANT
INTERNATIONAL PAPER

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Lee D. Winston, Esq.
>Roderick T. Cooks, Esq.
>WINSTON COOKS, LLC
>319 17th Street North
>Birmingham, AL 35203

>Respectfully submitted,

>s/ Terry Price
>Terry Price
>FORD & HARRISON LLP
>2100 Third Avenue North, Suite 400
>Birmingham, AL 35203
>Telephone: (205) 244-5900
>Facsimile: (205) 244-5901
>E-mail: tprice@fordharrison.com
>Alabama Bar No. ASB-4658-E58T

Birmingham:19846.1

# International Paper Company
as of 02/06/2008



| Tier | Company Name | Jurisdiction of Incorporation | % Held |
|---|---|---|---|
| 1 | **International Paper Company** | New York | |
| 2 | Ace Packaging Systems, Inc. | Michigan | 100.00 |
| 3 | Ace Packaging Systems De Mexico S. de R.L. de C.V. | Mexico | 99.70 |
| 3 | International Paper Ace of Canada Inc. | Canada | 100.00 |
| 2 | Arborgen LLC | Delaware | 31.67 |
| 2 | Branigar Organization, Inc., The | Illinois | 85.94 |
| 3 | International Paper Realty Corporation | Delaware | 100.00 |
| 4 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 4 | Haig Point, Inc. | Delaware | 100.00 |
| 5 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 5 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 5 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 4 | Pure Partners, L.P. | | 0.61 |
| 4 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 3 | SP Forests L.L.C. | Delaware | 59.48 |
| 4 | Birch Forests LLC | Delaware | 100.00 |
| 4 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 4 | Hawthorn Forests LLC | Delaware | 100.00 |
| 3 | U. C. Realty Corp. | Delaware | 100.00 |
| 2 | Central Lewmar LLC | Delaware | 100.00 |
| 3 | Buff-Pac LLC | Delaware | 100.00 |
| 3 | PickQuick Papers LLC | Delaware | 100.00 |
| 2 | Champion Export Corporation | Delaware | 100.00 |
| 3 | Champion Export Corporation - Australia Branch | | 100.00 |
| 2 | Champion Realty Corporation | Delaware | 100.00 |
| 3 | Northwest Crossings Corporation | Delaware | 100.00 |
| 4 | Eagle Harbor at Fleming Island Joint Venture | Florida | 50.00 |
| 4 | Eagle Harbor Realty Associates | Florida | 50.00 |
| 2 | CircleTree Insurance Company | Vermont | 100.00 |
| 2 | Corporacion Forestal de Venezuela, C.A. | Venezuela | 49.00 |
| 2 | COVAL Leasing Company LLC | Delaware | 100.00 |
| 2 | Dolny Lease Company Limited | | 100.00 |
| 3 | International Paper Equipment Finance LP | Scotland | 99.00 |
| 2 | Federal Forestlands Inc. | Delaware | 100.00 |
| 3 | Timberlands Capital Corp. II, Inc. | Delaware | 11.02 |

| | | | |
|---|---|---|---:|
| 4 | Timberlands Capital Corp. III, Inc. | Delaware | 100.00 |
| 5 | Sustainable Forests L.L.C. | Delaware | 51.00 |
| 6 | Basswood Forests LLC | Delaware | 100.00 |
| 6 | Branigar Organization, Inc., The | Illinois | 9.83 |
| 7 | International Paper Realty Corporation | Delaware | 100.00 |
| 8 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 8 | Haig Point, Inc. | Delaware | 100.00 |
| 9 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 9 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 9 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 8 | Pure Partners, L.P. | | 0.61 |
| 8 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 7 | SP Forests L.L.C. | Delaware | 59.48 |
| 8 | Birch Forests LLC | Delaware | 100.00 |
| 8 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 8 | Hawthorn Forests LLC | Delaware | 100.00 |
| 7 | U. C. Realty Corp. | Delaware | 100.00 |
| 6 | Fir II, LLC | Delaware | 33.34 |
| 7 | Aspens II, LLC | Delaware | 100.00 |
| 8 | Ponderosa II, LLC | Delaware | 12.16 |
| 9 | Oak II, LLC | Delaware | 100.00 |
| 6 | Hickory Forests LLC | Delaware | 100.00 |
| 6 | Northwest Pines, Inc. | Delaware | 50.00 |
| 7 | Northwest Fir, LLC | Delaware | 7.94 |
| 8 | Northwest Aspens, LLC | Delaware | 100.00 |
| 9 | Ponderosa, LLC | Delaware | 16.00 |
| 7 | Ponderosa, LLC | Delaware | 34.00 |
| 6 | NWL Leasing Company, LLC | Delaware | 100.00 |
| 6 | Pines II, Inc. | Delaware | 100.00 |
| 7 | Fir II, LLC | Delaware | 33.33 |
| 8 | Aspens II, LLC | Delaware | 100.00 |
| 9 | Ponderosa II, LLC | Delaware | 12.16 |
| 10 | Oak II, LLC | Delaware | 100.00 |
| 7 | Ponderosa II, LLC | Delaware | 87.84 |
| 8 | Oak II, LLC | Delaware | 100.00 |
| 6 | SP Forests L.L.C. | Delaware | 10.76 |
| 7 | Birch Forests LLC | Delaware | 100.00 |
| 7 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 7 | Hawthorn Forests LLC | Delaware | 100.00 |
| 2 | Forest Insurance Limited | Bermuda | 28.57 |
| 2 | FPB Augusta, Inc. | Delaware | 100.00 |
| 2 | GCO Minerals Company | Texas | 100.00 |

| | | | |
|---|---|---|---:|
| 3 | IP Farms, Inc. | Delaware | 100.00 |
| 4 | Chocolate Bayou Water Company | Delaware | 100.00 |
| 2 | Groveton Paper Board, Inc. | New Hampshire | 35.17 |
| 2 | I.P. CONTAINER HOLDINGS (SPAIN) S.L. | Spain | 96.37 |
| 3 | Cartonajes International, S.L. | Spain | 100.00 |
| 3 | Cartonajes Union S.L. | Spain | 100.00 |
| 4 | Inducar S.L. | Spain | 0.24 |
| 4 | Societe Mauritanienne De Cartons Somacar, S.A. | Mauritania | 49.00 |
| 3 | GROUPE CMCP S.A. | Morocco | 100.00 |
| 2 | International Logging Corporation | New York | 100.00 |
| 2 | International Paper (Eastern Europe) Holding, LLC | Delaware | 100.00 |
| 2 | International Paper (Espana), S. L. | Spain | 39.13 |
| 2 | International Paper (Europe) S. A. | Belgium | 0.00 |
| 2 | International Paper (Finland) Holding LLC | Delaware | 100.00 |
| 3 | International Paper Nordic Sales Company Oy | Finland | 100.00 |
| 3 | Velarium Oy Ab | Finland | 100.00 |
| 2 | International Paper (Netherlands) B. V. | Netherlands | 100.00 |
| 3 | International Paper Premium Papers EWIV | Germany | 33.00 |
| 2 | International Paper (Philippines) Holdings Inc. | Philippines | 100.00 |
| 3 | Printwell International Paper Company, Inc. | Philippines | 50.00 |
| 2 | International Paper (Russia) Holding Company | Delaware | 100.00 |
| 3 | IP (Russia) Holding Limited | Gibraltar | 100.00 |
| 3 | OAO Svetogorsk | Russia | 100.00 |
| 4 | IP Belgian Services Company SPRL | Belgium | 15.63 |
| 2 | International Paper - 16, Inc. | Delaware | 100.00 |
| 3 | Ace Packaging Systems De Mexico S. de R.L. de C.V. | Mexico | 0.30 |
| 3 | EM Xpedx, S.A. De C.V. | Mexico | 0.00 |
| 3 | International Paper de Mexico, S.A. de C.V. | Mexico | 1.00 |
| 4 | EM Xpedx, S.A. De C.V. | Mexico | 100.00 |
| 4 | International Paper Comercial de México, S.A. de C.V. | Mexico | 100.00 |
| 4 | International Paper Foodservice S.A. de C.V. | Mexico | 100.00 |
| 4 | International Paper Tecnologia en Empaque, S.A. de C.V. | Mexico | 100.00 |
| 4 | IP EMPAQUES DE MEXICO, S. DE R.L. DE C.V. | Mexico | 99.96 |
| 4 | Oficina Central de Servicios, S. A. de C. V. | Mexico | 100.00 |
| 4 | Papelera Kif de Mexico, S. A. de C. V. | Mexico | 100.00 |
| 4 | Shorewood de Mexico, S. de R.L. de C.V. | Mexico | 3.33 |
| 4 | xpedx, S.A. de C.V. | Mexico | 100.00 |
| 3 | International Paper Foodservice S.A. de C.V. | Mexico | 0.00 |
| 3 | International Paper Tecnologia en Empaque, S.A. de C.V. | Mexico | 0.00 |
| 3 | IP EMPAQUES DE MEXICO, S. DE R.L. DE C.V. | Mexico | 0.03 |
| 3 | Oficina Central de Servicios, S. A. de C. V. | Mexico | 0.00 |
| 3 | Papelera Kif de Mexico, S. A. de C. V. | Mexico | 0.00 |
| 3 | xpedx, S.A. de C.V. | Mexico | 0.00 |

| | | | |
|---|---|---|---|
| 2 | International Paper - 26, Inc. | Delaware | 100.00 |
| 3 | Forestland Partners, L.P. | Delaware | 0.01 |
| 3 | Texas Forest Partners, L.P. | | 0.01 |
| 2 | International Paper - 35, Inc. | Delaware | 100.00 |
| 3 | Ducart International Paper Foodservices, Ltd. | Israel | 50.00 |
| 3 | ENVASES PUROS - International Paper Ltda. | Colombia | 50.00 |
| 2 | International Paper - 38, Inc. | Delaware | 100.00 |
| 3 | IP Singapore Holding Pte. Ltd. | Singapore | 100.00 |
| 4 | International Paper (Asia) Limited | Hong Kong | 100.00 |
| 5 | Internaional Paper (Guangzhou) Packaging Co., Ltd. | Guangzhou, China | 1.00 |
| 5 | International Paper & Sun Coated Paperboard Co., Ltd. | People's Republic of China | 50.00 |
| 5 | International Paper Asia Distribution Limited | British Virgin Islands | 100.00 |
| 6 | International Paper Distribution Limited | British Virgin Islands | 50.00 |
| 7 | International Paper (Beijing) Co., Ltd. | Beijing, China | 100.00 |
| 7 | International Paper (Tianjin) Packaging Co., Ltd. | | 100.00 |
| 7 | International Paper Distribution (Hong Kong) Company Limited | Hong Kong | 0.00 |
| 7 | International Paper Distribution Group Limited | Cayman Islands | 100.00 |
| 8 | International Paper (Malaysia) Sdn | Malaysia | 100.00 |
| 8 | International Paper Distribution (Hong Kong) Company Limited | Hong Kong | 100.00 |
| 8 | International Paper Distribution (Macau Commercial Offshore) Co., Ltd. | Macau | 100.00 |
| 8 | International Paper Distribution (Taiwan) Limited | Taiwan, Province Of China | 100.00 |
| 9 | International Paper Distribution Group Limited Beijing Representative Office | People's Republic of China | 100.00 |
| 9 | International Paper Distribution Group Ltd BKK Representative Office | Thailand | 100.00 |
| 8 | International Paper Envoy Company Limited | People's Republic of China | 50.00 |
| 8 | International Paper Logistics Company Limited | Hong Kong | 0.01 |
| 8 | International Paper Trading (Shanghai) Limited | People's Republic of China | 100.00 |
| 8 | Ningbo Forever Trust Laminating & Packaging Co., Ltd. | People's Republic of China | 100.00 |
| 8 | The Resident Representative Office of International Paper Distribution Group Limited | Viet Nam | 100.00 |
| 7 | International Paper Logistics Company Limited | Hong Kong | 99.99 |
| 7 | International Paper Packaging (Thailand) Co., Ltd. | Thailand | 100.00 |
| 7 | International Paper Packaging Industries (Shenyang) Co., Ltd. | People's Republic of China | 100.00 |
| 7 | International Paper Shengdao (Dalian) Packaging Co., Ltd. | China | 76.40 |
| 6 | International Paper Manufacturing and Distribution Ltd. | Hong Kong | 100.00 |

| | | | |
|---|---|---|---:|
| 7 | International Paper Distribution (Shanghai) Limited | People's Republic of China | 100.00 |
| 8 | International Paper Distribution (Shanghai) Limited Qingdao Branch Company | China | 100.00 |
| 8 | International Paper Distribution (Shanghai) Ltd. Xiamen Branch Company | People's Republic of China | 100.00 |
| 5 | International Paper Container (Shanghai) Limited | Shanghai, China | 100.00 |
| 5 | International Paper Foodservice Holdings Limited | British Virgin Islands | 100.00 |
| 6 | Shanghai Paper Cup Holding Limited | British Virgin Islands | 100.00 |
| 7 | International Paper Foodservice (Shanghai) Co., Ltd. | Shanghai | 100.00 |
| 5 | International Paper ShanghaiTrading Company, Ltd. | People's Republic of China | 100.00 |
| 5 | International Paper Shorewood Packaging (Kunshan) Co., Ltd. | China | 100.00 |
| 5 | IP Holdings (Mauritius) Ltd | Mauritius | 100.00 |
| 6 | International Paper (Dongguan) Packaging Co., Ltd. | Dongguan, China | 100.00 |
| 6 | International Paper (Wuxi) Packaging Co., Ltd. | Wuxi, China | 100.00 |
| 6 | International Paper Procurement (Shanghai) Limited | People's Republic of China | 100.00 |
| 6 | IP Corporate Management (Shanghai) Co. Ltd. | China | 100.00 |
| 6 | Shandong International Paper & Sun Coated Paperboard Co., Ltd. | People's Republic of China | 50.00 |
| 5 | IP Home & Office Papers (Asia) Limited | Hong Kong | 0.01 |
| 4 | International Paper Distribution Limited | British Virgin Islands | 50.00 |
| 5 | International Paper (Beijing) Co., Ltd. | Beijing, China | 100.00 |
| 5 | International Paper (Tianjin) Packaging Co., Ltd. | | 100.00 |
| 5 | International Paper Distribution (Hong Kong) Company Limited | Hong Kong | 0.00 |
| 5 | International Paper Distribution Group Limited | Cayman Islands | 100.00 |
| 6 | International Paper (Malaysia) Sdn | Malaysia | 100.00 |
| 6 | International Paper Distribution (Hong Kong) Company Limited | Hong Kong | 100.00 |
| 6 | International Paper Distribution (Macau Commercial Offshore) Co., Ltd. | Macau | 100.00 |
| 6 | International Paper Distribution (Taiwan) Limited | Taiwan, Province Of China | 100.00 |
| 7 | International Paper Distribution Group Limited Beijing Representative Office | People's Republic of China | 100.00 |
| 7 | International Paper Distribution Group Ltd BKK Representative Office | Thailand | 100.00 |
| 6 | International Paper Envoy Company Limited | People's Republic of China | 50.00 |
| 6 | International Paper Logistics Company Limited | Hong Kong | 0.01 |
| 6 | International Paper Trading (Shanghai) Limited | People's Republic of China | 100.00 |
| 6 | Ningbo Forever Trust Laminating & Packaging Co., Ltd. | People's Republic of China | 100.00 |

| | | | |
|---|---|---|---:|
| 6 | The Resident Representative Office of International Paper Distribution Group Limited | Viet Nam | 100.00 |
| 5 | International Paper Logistics Company Limited | Hong Kong | 99.99 |
| 5 | International Paper Packaging (Thailand) Co., Ltd. | Thailand | 100.00 |
| 5 | International Paper Packaging Industries (Shenyang) Co., Ltd. | People's Republic of China | 100.00 |
| 5 | International Paper Shengdao (Dalian) Packaging Co., Ltd. | China | 76.40 |
| 4 | International Paper Holdings (Asia) B.V. | Netherlands | 100.00 |
| 5 | International Paper Shorewood Korea Limited | Korea, Republic Of | 80.00 |
| 4 | SPC (Bermuda) Ltd. | Bermuda | 100.00 |
| 5 | Shorewood Asia Ventures Ltd. | Bermuda | 50.00 |
| 6 | Shorewood Packaging China Ventures Ltd. | Mauritius | 100.00 |
| 7 | International Paper Shorewood Packaging (Guangzhou) Co., Ltd. | People's Republic of China | 100.00 |
| 4 | SPC Asia Ltd. | Bermuda | 100.00 |
| 5 | Shorewood Asia Ventures Ltd. | Bermuda | 50.00 |
| 6 | Shorewood Packaging China Ventures Ltd. | Mauritius | 100.00 |
| 7 | International Paper Shorewood Packaging (Guangzhou) Co., Ltd. | People's Republic of China | 100.00 |
| 2 | International Paper - 40, Inc. | Delaware | 100.00 |
| 2 | International Paper - 44, Inc. | Delaware | 100.00 |
| 2 | International Paper - 45, Inc. | Delaware | 100.00 |
| 2 | International Paper Benelux NV/SA | Belgium | 99.00 |
| 2 | International Paper Capital Trust IV | Delaware | 100.00 |
| 2 | International Paper Cartones S.A. | Chile | 75.30 |
| 2 | International Paper Cogeneration of Maine, Inc. | Delaware | 100.00 |
| 2 | International Paper Company (Delaware) | Delaware | 100.00 |
| 2 | International Paper Company (Europe) Limited | Switzerland | 98.00 |
| 3 | Personnel Welfare Foundation of International Paper Company (Europe) Limited | Switzerland | 100.00 |
| 2 | International Paper Company (Japan) Limited | Delaware | 100.00 |
| 3 | International Paper Company (Japan) Limited (a branch of IP Japan, a US company) | Japan | 100.00 |
| 2 | International Paper Company Employee Relief Fund | New York | 100.00 |
| 2 | International Paper Company Foundation | New York | 100.00 |
| 2 | International Paper de Mexico, S.A. de C.V. | Mexico | 0.40 |
| 3 | EM Xpedx, S.A. De C.V. | Mexico | 100.00 |
| 3 | International Paper Comercial de México, S.A. de C.V. | Mexico | 100.00 |
| 3 | International Paper Foodservice S.A. de C.V. | Mexico | 100.00 |
| 3 | International Paper Tecnologia en Empaque, S.A. de C.V. | Mexico | 100.00 |
| 3 | IP EMPAQUES DE MEXICO, S. DE R.L. DE C.V. | Mexico | 99.96 |
| 3 | Oficina Central de Servicios, S. A. de C. V. | Mexico | 100.00 |
| 3 | Papelera Kif de Mexico, S. A. de C. V. | Mexico | 100.00 |
| 3 | Shorewood de Mexico, S. de R.L. de C.V. | Mexico | 3.33 |

| | | | |
|---|---|---|---:|
| 3 | xpedx, S.A. de C.V. | Mexico | 100.00 |
| 2 | International Paper De Venezuela, C.A. | Venezuela | 100.00 |
| 2 | International Paper Embalagens Ltda. | Brazil | 100.00 |
| 2 | International Paper Equipment Company | Delaware | 100.00 |
| 2 | International Paper France Inc. | Delaware | 93.85 |
| 3 | International Paper Container (France) Holding SAS | France | 100.00 |
| 4 | Emballages Laurent S. A.S. | France | 100.00 |
| 4 | Papeteries D'Espaly S. A. S. | France | 100.00 |
| 4 | Papeteries Etienne S. A. S | France | 100.00 |
| 4 | Société Méditerranéenne d'Emballages S.A.S | France | 84.62 |
| 4 | Societe Normande de Carton Ondule (S.N.C.O.) S.A.S. | France | 100.00 |
| 5 | International Paper Creil and Packaging SARL | France | 100.00 |
| 5 | Société Méditerranéenne d'Emballages S.A.S | France | 15.38 |
| 3 | International Paper Financing France SARL | France | 100.00 |
| 3 | International Paper Investments (France) S.A.S | France | 100.00 |
| 4 | Cellulose et Papiers de Pologne S.A.S | France | 75.00 |
| 5 | International Paper - Kwidzyn sp. z o.o. | Poland | 99.00 |
| 6 | Bartorex Spolka z o.o. | Poland | 100.00 |
| 6 | IP Belgian Services Company SPRL | Belgium | 32.11 |
| 6 | Pomorskie Centrum Uslugowe 'Profit' Sp. z o.o. | Poland | 100.00 |
| 6 | Tor - Pal Spolka Z O.O. | Poland | 88.30 |
| 4 | Comptoir des Bois de Brive S.N.C. | France | 0.00 |
| 5 | Promafor S. A. | France | 66.77 |
| 4 | International Paper Industrie France | France | 99.96 |
| 4 | Société Papetière et Cartonnière SARL | France | 100.00 |
| 5 | Cellulose et Papiers de Pologne S.A.S | France | 25.00 |
| 6 | International Paper - Kwidzyn sp. z o.o. | Poland | 99.00 |
| 7 | Bartorex Spolka z o.o. | Poland | 100.00 |
| 7 | IP Belgian Services Company SPRL | Belgium | 32.11 |
| 7 | Pomorskie Centrum Uslugowe 'Profit' Sp. z o.o. | Poland | 100.00 |
| 7 | Tor - Pal Spolka Z O.O. | Poland | 88.30 |
| 5 | International Paper S.A. | France | 99.93 |
| 6 | Comptoir des Bois de Brive S.N.C. | France | 100.00 |
| 7 | Promafor S. A. | France | 66.77 |
| 6 | International Paper (Deutschland) GmbH | Germany | 81.26 |
| 6 | International Paper (Espana), S. L. | Spain | 60.87 |
| 6 | International Paper Benelux NV/SA | Belgium | 1.00 |
| 6 | IP Belgian Services Company SPRL | Belgium | 31.95 |
| 6 | IP Celimo SARL | France | 100.00 |
| 7 | International Paper (Deutschland) GmbH | Germany | 18.74 |
| 6 | Papeteries de Maresquel SAS | France | 100.00 |
| 6 | Papeteries du Souche S.A.S. | France | 0.00 |
| 3 | International Paper Packaging SAS | France | 100.00 |
| 3 | International Paper Papiers de Bureau SARL | France | 100.00 |
| 2 | International Paper Group (UK) Limited | United Kingdom | 100.00 |

| | | | |
|---|---|---|---|
| 3 | International Paper (UK) Limited | Scotland | 100.00 |
| 4 | I.P. Information Services Limited | Scotland | 100.00 |
| 4 | IP Belgian Services Company SPRL | Belgium | 20.31 |
| 3 | International Paper Company Limited | United Kingdom | 100.00 |
| 3 | International Paper Foodservice Europe Limited | United Kingdom | 100.00 |
| 2 | International Paper Holdings Chile S.A. | Chile | 100.00 |
| 3 | International Paper Cartones S.A. | Chile | 24.70 |
| 2 | International Paper Holdings Company | Delaware | 100.00 |
| 2 | International Paper Holland B.V. | Netherlands | 100.00 |
| 2 | International Paper Investment Corporation | Delaware | 100.00 |
| 3 | International Paper (Europe) S. A. | Belgium | 100.00 |
| 3 | International Paper Czech Republic, s.r.o. | Czech Republic | 100.00 |
| 3 | International Paper Hungary Kereskedelmi Kft. | Hungary | 100.00 |
| 3 | International Paper Ukraine SE | Ukraine | 100.00 |
| 2 | International Paper Investments (CIS) Inc. | Delaware | 100.00 |
| 2 | International Paper Investments (Luxembourg) s.à.r.l. | Luxembourg | 100.00 |
| 3 | Ilim Holding S.A. | Switzerland | 50.00 |
| 3 | International Paper Holding A.S. | Norway | 100.00 |
| 4 | International Paper (Norway) A.S. | Norway | 100.00 |
| 3 | International Paper Investments (Holland) B.V. | Netherlands | 100.00 |
| 4 | International Paper Agroflorestal Ltda. | Brazil | 0.00 |
| 5 | Chamflora Mogi Guaçu Agroflorestal Ltda. | Brazil | 0.00 |
| 6 | International Paper Celulose Ltda. | Brazil | 0.10 |
| 5 | International Paper - Comércio de Papel e Participações Arapoti Ltda. | Brazil | 20.01 |
| 6 | Chamflora Mogi Guaçu Agroflorestal Ltda. | Brazil | 69.81 |
| 7 | International Paper Celulose Ltda. | Brazil | 0.10 |
| 6 | Inpacel International S.a.r.l. | France | 100.00 |
| 4 | International Paper do Brasil Ltda. | Brazil | 100.00 |
| 5 | Chamflora Mogi Guaçu Agroflorestal Ltda. | Brazil | 30.19 |
| 6 | International Paper Celulose Ltda. | Brazil | 0.10 |
| 5 | International Paper - Comércio de Papel e Participações Arapoti Ltda. | Brazil | 79.99 |
| 6 | Chamflora Mogi Guaçu Agroflorestal Ltda. | Brazil | 69.81 |
| 7 | International Paper Celulose Ltda. | Brazil | 0.10 |
| 6 | Inpacel International S.a.r.l. | France | 100.00 |
| 5 | International Paper Agroflorestal Ltda. | Brazil | 100.00 |
| 6 | Chamflora Mogi Guaçu Agroflorestal Ltda. | Brazil | 0.00 |
| 7 | International Paper Celulose Ltda. | Brazil | 0.10 |
| 6 | International Paper - Comércio de Papel e Participações Arapoti Ltda. | Brazil | 20.01 |
| 7 | Chamflora Mogi Guaçu Agroflorestal Ltda. | Brazil | 69.81 |
| 8 | International Paper Celulose Ltda. | Brazil | 0.10 |
| 7 | Inpacel International S.a.r.l. | France | 100.00 |
| 5 | International Paper Celulose Ltda. | Brazil | 99.90 |

| | | | |
|---|---|---|---:|
| 5 | Pakprint S.A. | | 20.00 |
| 3 | International Paper Italia S.P.A. | Italy | 100.00 |
| 3 | International Paper Russia Holding B.V. | Netherlands | 100.00 |
| 3 | Shorewood de Mexico, S. de R.L. de C.V. | Mexico | 96.67 |
| 3 | XPEDX INTERNATIONAL LIMITED | Ireland | 100.00 |
| 2 | International Paper Investments (Poland), Inc. | Delaware | 100.00 |
| 3 | International Paper - Kwidzyn sp. z o.o. | Poland | 1.00 |
| 4 | Bartorex Spolka z o.o. | Poland | 100.00 |
| 4 | IP Belgian Services Company SPRL | Belgium | 32.11 |
| 4 | Pomorskie Centrum Uslugowe 'Profit' Sp. z o.o. | Poland | 100.00 |
| 4 | Tor - Pal Spolka Z O.O. | Poland | 88.30 |
| 3 | International Paper France Inc. | Delaware | 6.15 |
| 4 | International Paper Container (France) Holding SAS | France | 100.00 |
| 5 | Emballages Laurent S. A.S. | France | 100.00 |
| 5 | Papeteries D'Espaly S. A. S. | France | 100.00 |
| 5 | Papeteries Etienne S. A. S | France | 100.00 |
| 5 | Société Méditerranéenne d'Emballages S.A.S | France | 84.62 |
| 5 | Societe Normande de Carton Ondule (S.N.C.O.) S.A.S. | France | 100.00 |
| 6 | International Paper Creil and Packaging SARL | France | 100.00 |
| 6 | Société Méditerranéenne d'Emballages S.A.S | France | 15.38 |
| 4 | International Paper Financing France SARL | France | 100.00 |
| 4 | International Paper Investments (France) S.A.S | France | 100.00 |
| 5 | Cellulose et Papiers de Pologne S.A.S | France | 75.00 |
| 6 | International Paper - Kwidzyn sp. z o.o. | Poland | 99.00 |
| 7 | Bartorex Spolka z o.o. | Poland | 100.00 |
| 7 | IP Belgian Services Company SPRL | Belgium | 32.11 |
| 7 | Pomorskie Centrum Uslugowe 'Profit' Sp. z o.o. | Poland | 100.00 |
| 7 | Tor - Pal Spolka Z O.O. | Poland | 88.30 |
| 5 | Comptoir des Bois de Brive S.N.C. | France | 0.00 |
| 6 | Promafor S. A. | France | 66.77 |
| 5 | International Paper Industrie France | France | 99.96 |
| 5 | Société Papetière et Cartonnière SARL | France | 100.00 |
| 6 | Cellulose et Papiers de Pologne S.A.S | France | 25.00 |
| 7 | International Paper - Kwidzyn sp. z o.o. | Poland | 99.00 |
| 8 | Bartorex Spolka z o.o. | Poland | 100.00 |
| 8 | IP Belgian Services Company SPRL | Belgium | 32.11 |
| 8 | Pomorskie Centrum Uslugowe 'Profit' Sp. z o.o. | Poland | 100.00 |
| 8 | Tor - Pal Spolka Z O.O. | Poland | 88.30 |
| 6 | International Paper S.A. | France | 99.93 |
| 7 | Comptoir des Bois de Brive S.N.C. | France | 100.00 |
| 8 | Promafor S. A. | France | 66.77 |
| 7 | International Paper (Deutschland) GmbH | Germany | 81.26 |
| 7 | International Paper (Espana), S. L. | Spain | 60.87 |
| 7 | International Paper Benelux NV/SA | Belgium | 1.00 |

| | | | |
|---|---|---|---|
| 7 | IP Belgian Services Company SPRL | Belgium | 31.95 |
| 7 | IP Celimo SARL | France | 100.00 |
| 8 | International Paper (Deutschland) GmbH | Germany | 18.74 |
| 7 | Papeteries de Maresquel SAS | France | 100.00 |
| 7 | Papeteries du Souche S.A.S. | France | 0.00 |
| 4 | International Paper Packaging SAS | France | 100.00 |
| 4 | International Paper Papiers de Bureau SARL | France | 100.00 |
| 3 | International Paper Polska Sp. z o.o. | Poland | 100.00 |
| 3 | Shorewood Packaging Polska Sp. z o.o. | Poland | 100.00 |
| 2 | International Paper Latin America Investments, LLC | Delaware | 100.00 |
| 3 | International Paper Embalagens Ltda. | Brazil | 0.00 |
| 3 | International Paper Latin America Ltda. | Chile | 1.00 |
| 2 | International Paper Latin America Ltda. | Chile | 99.00 |
| 2 | International Paper Moscow Rep., Inc. | Delaware | 100.00 |
| 2 | International Paper Professional Services Corporation | Delaware | 100.00 |
| 2 | International Pulp Sales Company | Delaware | 100.00 |
| 2 | IP (Gibraltar) Holding Limited | Gibraltar | 100.00 |
| 2 | IP Canada Holdings Limited | Canada | 100.00 |
| 2 | IP Eagle LLC | Delaware | 100.00 |
| 3 | Blue Sky Timber Properties LLC | Delaware | 15.72 |
| 2 | IP Forest Resources Company | Delaware | 100.00 |
| 3 | Branigar Organization, Inc., The | Illinois | 0.58 |
| 4 | International Paper Realty Corporation | Delaware | 100.00 |
| 5 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 5 | Haig Point, Inc. | Delaware | 100.00 |
| 6 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 6 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 6 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 5 | Pure Partners, L.P. | | 0.61 |
| 5 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 4 | SP Forests L.L.C. | Delaware | 59.48 |
| 5 | Birch Forests LLC | Delaware | 100.00 |
| 5 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 5 | Hawthorn Forests LLC | Delaware | 100.00 |
| 4 | U. C. Realty Corp. | Delaware | 100.00 |
| 3 | IP Timberlands Operating Company, Ltd. | Texas | 0.99 |
| 4 | Alexander Plantation LLC | Delaware | 99.00 |
| 4 | Forestland Partners, L.P. | Delaware | 99.00 |
| 4 | Texas Forest Partners, L.P. | | 99.98 |
| 3 | Timberlands Capital Corp. II, Inc. | Delaware | 3.05 |
| 4 | Timberlands Capital Corp. III, Inc. | Delaware | 100.00 |
| 5 | Sustainable Forests L.L.C. | Delaware | 51.00 |
| 6 | Basswood Forests LLC | Delaware | 100.00 |

| | | | |
|---|---|---|---:|
| 6 | Branigar Organization, Inc., The | Illinois | 9.83 |
| 7 | International Paper Realty Corporation | Delaware | 100.00 |
| 8 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 8 | Haig Point, Inc. | Delaware | 100.00 |
| 9 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 9 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 9 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 8 | Pure Partners, L.P. | | 0.61 |
| 8 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 7 | SP Forests L.L.C. | Delaware | 59.48 |
| 8 | Birch Forests LLC | Delaware | 100.00 |
| 8 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 8 | Hawthorn Forests LLC | Delaware | 100.00 |
| 7 | U. C. Realty Corp. | Delaware | 100.00 |
| 6 | Fir II, LLC | Delaware | 33.34 |
| 7 | Aspens II, LLC | Delaware | 100.00 |
| 8 | Ponderosa II, LLC | Delaware | 12.16 |
| 9 | Oak II, LLC | Delaware | 100.00 |
| 6 | Hickory Forests LLC | Delaware | 100.00 |
| 6 | Northwest Pines, Inc. | Delaware | 50.00 |
| 7 | Northwest Fir, LLC | Delaware | 7.94 |
| 8 | Northwest Aspens, LLC | Delaware | 100.00 |
| 9 | Ponderosa, LLC | Delaware | 16.00 |
| 7 | Ponderosa, LLC | Delaware | 34.00 |
| 6 | NWL Leasing Company, LLC | Delaware | 100.00 |
| 6 | Pines II, Inc. | Delaware | 100.00 |
| 7 | Fir II, LLC | Delaware | 33.33 |
| 8 | Aspens II, LLC | Delaware | 100.00 |
| 9 | Ponderosa II, LLC | Delaware | 12.16 |
| 10 | Oak II, LLC | Delaware | 100.00 |
| 7 | Ponderosa II, LLC | Delaware | 87.84 |
| 8 | Oak II, LLC | Delaware | 100.00 |
| 6 | SP Forests L.L.C. | Delaware | 10.76 |
| 7 | Birch Forests LLC | Delaware | 100.00 |
| 7 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 7 | Hawthorn Forests LLC | Delaware | 100.00 |
| 2 | IP Home & Office Papers (Asia) Limited | Hong Kong | 99.99 |
| 2 | IP Import Services LLC | Ohio | 100.00 |
| 2 | IP Investment Holdings, Ltd. | Delaware | 100.00 |
| 2 | IP Online, Inc. | Delaware | 100.00 |
| 2 | IP Pacific Timberlands, Inc. | Delaware | 100.00 |
| 3 | International Paper Financial Services, Inc. | Delaware | 100.00 |

| | | | |
|---|---|---|---:|
| 4 | Northwest Fir, LLC | Delaware | 19.06 |
| 5 | Northwest Aspens, LLC | Delaware | 100.00 |
| 6 | Ponderosa, LLC | Delaware | 16.00 |
| 4 | Northwest Pines, Inc. | Delaware | 50.00 |
| 5 | Northwest Fir, LLC | Delaware | 7.94 |
| 6 | Northwest Aspens, LLC | Delaware | 100.00 |
| 7 | Ponderosa, LLC | Delaware | 16.00 |
| 5 | Ponderosa, LLC | Delaware | 34.00 |
| 4 | Red Bird Receivables, Inc. | Delaware | 100.00 |
| 4 | Southeast Timber, Inc. | Delaware | 46.43 |
| 5 | Southland Timber Holdings LLC | Delaware | 100.00 |
| 6 | Blue Sky Timber Properties LLC | Delaware | 84.28 |
| 3 | Lost Creek, Inc. | Delaware | 100.00 |
| 4 | Sustainable Forests L.L.C. | Delaware | 0.05 |
| 5 | Basswood Forests LLC | Delaware | 100.00 |
| 5 | Branigar Organization, Inc., The | Illinois | 9.83 |
| 6 | International Paper Realty Corporation | Delaware | 100.00 |
| 7 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 7 | Haig Point, Inc. | Delaware | 100.00 |
| 8 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 8 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 8 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 7 | Pure Partners, L.P. | | 0.61 |
| 7 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 6 | SP Forests L.L.C. | Delaware | 59.48 |
| 7 | Birch Forests LLC | Delaware | 100.00 |
| 7 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 7 | Hawthorn Forests LLC | Delaware | 100.00 |
| 6 | U. C. Realty Corp. | Delaware | 100.00 |
| 5 | Fir II, LLC | Delaware | 33.34 |
| 6 | Aspens II, LLC | Delaware | 100.00 |
| 7 | Ponderosa II, LLC | Delaware | 12.16 |
| 8 | Oak II, LLC | Delaware | 100.00 |
| 5 | Hickory Forests LLC | Delaware | 100.00 |
| 5 | Northwest Pines, Inc. | Delaware | 50.00 |
| 6 | Northwest Fir, LLC | Delaware | 7.94 |
| 7 | Northwest Aspens, LLC | Delaware | 100.00 |
| 8 | Ponderosa, LLC | Delaware | 16.00 |
| 6 | Ponderosa, LLC | Delaware | 34.00 |
| 5 | NWL Leasing Company, LLC | Delaware | 100.00 |
| 5 | Pines II, Inc. | Delaware | 100.00 |
| 6 | Fir II, LLC | Delaware | 33.33 |
| 7 | Aspens II, LLC | Delaware | 100.00 |

| | | | |
|---|---|---|---:|
| 8 | Ponderosa II, LLC | Delaware | 12.16 |
| 9 | Oak II, LLC | Delaware | 100.00 |
| 6 | Ponderosa II, LLC | Delaware | 87.84 |
| 7 | Oak II, LLC | Delaware | 100.00 |
| 5 | SP Forests L.L.C. | Delaware | 10.76 |
| 6 | Birch Forests LLC | Delaware | 100.00 |
| 6 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 6 | Hawthorn Forests LLC | Delaware | 100.00 |
| 2 | IP Petroleum Company, Inc. | Delaware | 100.00 |
| 3 | Pure Partners, L.P. | | 21.80 |
| 2 | IP Timberlands Operating Company, Ltd. | Texas | 99.01 |
| 3 | Alexander Plantation LLC | Delaware | 99.00 |
| 3 | Forestland Partners, L.P. | Delaware | 99.00 |
| 3 | Texas Forest Partners, L.P. | | 99.98 |
| 2 | IPAD INC. | Delaware | 100.00 |
| 2 | Kubin Lease Company Limited | | 100.00 |
| 3 | International Paper Equipment Finance LP | Scotland | 1.00 |
| 2 | Lake Superior Land Company | Delaware | 100.00 |
| 3 | Beech Forests LLC | Delaware | 100.00 |
| 3 | Hazelnut Forests LLC | Delaware | 100.00 |
| 2 | Laurel Farms, Inc. | Delaware | 100.00 |
| 2 | Liaison Technologies, LLC | | 29.80 |
| 2 | Long-Bell Petroleum Company, Inc.,The | Louisiana | 100.00 |
| 2 | Longview, Portland & Northern Railway Company (LP&N Railway) | Washington | 100.00 |
| 2 | McCarter Paper Company LLC | New Jersey | 100.00 |
| 2 | Shorewood Packaging Corporation | Delaware | 100.00 |
| 3 | Shorewood Packaging Corp. of Canada Limited | Ontario, Canada | 100.00 |
| 4 | Shorewood Carton Corporation Limited | Ontario, Canada | 100.00 |
| 3 | Shorewood UK Limited | United Kingdom | 100.00 |
| 4 | Shorewood EPC Europe Limited | United Kingdom | 93.20 |
| 2 | Societe Guadeloupeenne de Carton Ondule SAS | France | 100.00 |
| 2 | Southland Energy Company | Texas | 100.00 |
| 3 | Pure Partners, L.P. | | 1.21 |
| 2 | SP Forests L.L.C. | Delaware | 29.76 |
| 3 | Birch Forests LLC | Delaware | 100.00 |
| 3 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 3 | Hawthorn Forests LLC | Delaware | 100.00 |
| 2 | Sustainable Forests L.L.C. | Delaware | 48.95 |
| 3 | Basswood Forests LLC | Delaware | 100.00 |
| 3 | Branigar Organization, Inc., The | Illinois | 9.83 |
| 4 | International Paper Realty Corporation | Delaware | 100.00 |
| 5 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 5 | Haig Point, Inc. | Delaware | 100.00 |
| 6 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |

| | | | |
|---|---|---|---:|
| 6 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 6 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 5 | Pure Partners, L.P. | | 0.61 |
| 5 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 4 | SP Forests L.L.C. | Delaware | 59.48 |
| 5 | Birch Forests LLC | Delaware | 100.00 |
| 5 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 5 | Hawthorn Forests LLC | Delaware | 100.00 |
| 4 | U. C. Realty Corp. | Delaware | 100.00 |
| 3 | Fir II, LLC | Delaware | 33.34 |
| 4 | Aspens II, LLC | Delaware | 100.00 |
| 5 | Ponderosa II, LLC | Delaware | 12.16 |
| 6 | Oak II, LLC | Delaware | 100.00 |
| 3 | Hickory Forests LLC | Delaware | 100.00 |
| 3 | Northwest Pines, Inc. | Delaware | 50.00 |
| 4 | Northwest Fir, LLC | Delaware | 7.94 |
| 5 | Northwest Aspens, LLC | Delaware | 100.00 |
| 6 | Ponderosa, LLC | Delaware | 16.00 |
| 4 | Ponderosa, LLC | Delaware | 34.00 |
| 3 | NWL Leasing Company, LLC | Delaware | 100.00 |
| 3 | Pines II, Inc. | Delaware | 100.00 |
| 4 | Fir II, LLC | Delaware | 33.33 |
| 5 | Aspens II, LLC | Delaware | 100.00 |
| 6 | Ponderosa II, LLC | Delaware | 12.16 |
| 7 | Oak II, LLC | Delaware | 100.00 |
| 4 | Ponderosa II, LLC | Delaware | 87.84 |
| 5 | Oak II, LLC | Delaware | 100.00 |
| 3 | SP Forests L.L.C. | Delaware | 10.76 |
| 4 | Birch Forests LLC | Delaware | 100.00 |
| 4 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 4 | Hawthorn Forests LLC | Delaware | 100.00 |
| 2 | Timberlands Capital Corp. II, Inc. | Delaware | 85.93 |
| 3 | Timberlands Capital Corp. III, Inc. | Delaware | 100.00 |
| 4 | Sustainable Forests L.L.C. | Delaware | 51.00 |
| 5 | Basswood Forests LLC | Delaware | 100.00 |
| 5 | Branigar Organization, Inc., The | Illinois | 9.83 |
| 6 | International Paper Realty Corporation | Delaware | 100.00 |
| 7 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 7 | Haig Point, Inc. | Delaware | 100.00 |
| 8 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 8 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 8 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |

| | | | |
|---|---|---|---|
| 7 | Pure Partners, L.P. | | 0.61 |
| 7 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 6 | SP Forests L.L.C. | Delaware | 59.48 |
| 7 | Birch Forests LLC | Delaware | 100.00 |
| 7 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 7 | Hawthorn Forests LLC | Delaware | 100.00 |
| 6 | U. C. Realty Corp. | Delaware | 100.00 |
| 5 | Fir II, LLC | Delaware | 33.34 |
| 6 | Aspens II, LLC | Delaware | 100.00 |
| 7 | Ponderosa II, LLC | Delaware | 12.16 |
| 8 | Oak II, LLC | Delaware | 100.00 |
| 5 | Hickory Forests LLC | Delaware | 100.00 |
| 5 | Northwest Pines, Inc. | Delaware | 50.00 |
| 6 | Northwest Fir, LLC | Delaware | 7.94 |
| 7 | Northwest Aspens, LLC | Delaware | 100.00 |
| 8 | Ponderosa, LLC | Delaware | 16.00 |
| 6 | Ponderosa, LLC | Delaware | 34.00 |
| 5 | NWL Leasing Company, LLC | Delaware | 100.00 |
| 5 | Pines II, Inc. | Delaware | 100.00 |
| 6 | Fir II, LLC | Delaware | 33.33 |
| 7 | Aspens II, LLC | Delaware | 100.00 |
| 8 | Ponderosa II, LLC | Delaware | 12.16 |
| 9 | Oak II, LLC | Delaware | 100.00 |
| 6 | Ponderosa II, LLC | Delaware | 87.84 |
| 7 | Oak II, LLC | Delaware | 100.00 |
| 5 | SP Forests L.L.C. | Delaware | 10.76 |
| 6 | Birch Forests LLC | Delaware | 100.00 |
| 6 | ECHO Easement Corridor, LLC | Delaware | 100.00 |
| 6 | Hawthorn Forests LLC | Delaware | 100.00 |
| 2 | Transtates Properties Incorporated | Delaware | 100.00 |
| 3 | Branigar Organization, Inc., The | Illinois | 3.66 |
| 4 | International Paper Realty Corporation | Delaware | 100.00 |
| 5 | Carolina Station Property Owners Association, Inc. | South Carolina | 100.00 |
| 5 | Haig Point, Inc. | Delaware | 100.00 |
| 6 | Haig Point Realty Company, Inc. | South Carolina | 100.00 |
| 6 | Haig Point Utility Company, Inc. | South Carolina | 100.00 |
| 6 | Haig Point/Melrose Wastewater Treatment Company, Inc. | South Carolina | 60.00 |
| 5 | Pure Partners, L.P. | | 0.61 |
| 5 | The Highlands of Spanish Fort Property Owners Association, Inc. | Alabama | 100.00 |
| 4 | SP Forests L.L.C. | Delaware | 59.48 |
| 5 | Birch Forests LLC | Delaware | 100.00 |
| 5 | ECHO Easement Corridor, LLC | Delaware | 100.00 |

| | | | |
|---|---|---|---|
| 5 | Hawthorn Forests LLC | Delaware | 100.00 |
| 4 | U. C. Realty Corp. | Delaware | 100.00 |
| 3 | Pure Partners, L.P. | | 0.00 |
| 2 | Union Camp Holding B.V. | Netherlands | 100.00 |
| 3 | Olmuksa International Paper Sabanci Ambalaj Sanayi ve Ticaret A.S. | Turkey | 87.46 |
| 2 | Union Camp Hong Kong Limited | Hong Kong | 100.00 |
| 3 | International Paper (Hong Kong) Packaging Ltd. | Hong Kong | 100.00 |
| 4 | Internaional Paper (Guangzhou) Packaging Co., Ltd. | Guangzhou, China | 99.00 |
| 4 | International Paper (Chengdu) Packaging Co., Ltd. | Chengdu, China | 100.00 |
| 2 | xpedx Canada, Inc. | Canada | 100.00 |

619 Companies