**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Eugene Adams, et al. Vs. International Paper
      Civil Action No. 2:08cv00006-TFM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:08cv00006-MHT. This new case number should be used on all future correspondence and pleadings in this action.