**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 26, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Eugene Adams vs. International Paper**
**Case Number: 2:08cv0006-MHT**

**Pleading : #11 - Notice of Reassignment**

**Notice of Correction is being filed this date to advise that the referenced pleading was docketed on 2/26/08 with the incorrect parties listed.**

**The corrected pdf document is attached to this notice.**

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Eugene Adams, et al. Vs. International Paper
      Civil Action No. 2:08cv00006-TFM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:08cv00006-MHT. This new case number should be used on all future correspondence and pleadings in this action.