IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EUGENE ADAMS, et al.,**    ) | |
| ) | |
|    Plaintiffs,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:08cv6-MHT |
| ) | |
| **INTERNATIONAL PAPER,**    ) | |
| ) | |
|    Defendant.    ) | |

### ORDER

It is ORDERED that defendant's motion for leave to amend answer (Doc. No. 16) is granted. The court assumes that plaintiffs have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 28th day of March, 2008.

                                           /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**